854

cuit Court of Appeals for the Third Circuit denied. *Mr. William H. Carey* for petitioners. *Mr. Howard Mackay* for respondent.

No. 868. ST. LOUIS-SAN FRANCISCO RY. CO. ET AL. *v.* BISHOP, ADMINISTRATRIX. May 25, 1931. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Alexander P. Stewart, Edward T. Miller,* and *Edward L. Westbrooke* for petitioners. *Messrs. Frank Pace* and *G. L. Grant* for respondent.

No. 874. DIAL *v.* UNITED STATES. May 25, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. Frank Dial, pro se. Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *John E. Hoover* for the United States.

No. 878. MISSISSIPPI VALLEY TRUST CO., ADMINISTRATOR, ET AL. *v.* BUDER ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. M. Pierce* for petitioners. No appearance for respondents.

No. 879. HARTFORD ELECTRIC SUPPLY CO. *v.* SACHS ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walter F. Murray* for petitioner. *Messrs. Oscar W. Jeffery* and *Harry G. Kimball* for respondents.

No. 880. BYRAM ET AL. *v.* MINER ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Ap-